UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RAMOS DIAZ,                                                 :
                                    Plaintiff,              :
                                                            :     20 Civ. 7238 (LGS)
                -against-                                   :
                                                            :     ORDER
COMMISSIONER OF SOCIAL SECURITY,                            :
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order was incorrectly filed at Dkt. No. 12.  It is hereby

**ORDERED** that, the parties shall disregard the Order at Dkt. No. 12.

The Clerk of Court is respectfully directed to strike the Order at Dkt. No. 12.

Dated: November 30, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**